UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 15, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZEBULEN COLE HUGHES, ) <br> ) <br> Defendant. ) | Case No. 2:12-MJ-00297-GGH-2 <br> 2:12-cr-0397 JAM <br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ZEBULEN COLE HUGHES, Case No. 2:12-MJ-00297-GGH-2, Charge Title 21 USC §§ 841(a)(1), 846, 922(g), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ 50,000 (co-signed)

        ✔ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other)     With pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on November 15, 2012 at 4:15 pm.

By _____Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge