DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ZEBULON HUGHES**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12 CR 392 JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER |
| vs. | DATE: June 3, 2014<br>TIME: 9:45 AM |
| ZEBULON HUGHES, | JUDGE: Hon. John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jill Marie Thomas, Assistant U.S. Attorney, and defendant Zebulon Cole Hughes, by and through his attorney, Dan Koukol, that the sentencing hearing of June 3, 2014 be vacated and that a sentencing hearing be set for July 15, 2014 at 9:45 AM.

//

//

//

//

//

//

-1-

This continuance is being requested because counsel requires additional time to prepare formal objections to the presentence investigation report.

DATED: MAY 30, 2014     Respectfully submitted,

/s/ DAN KOUKOL

---
DAN KOUKOL
Attorney for defendant Zebulon Hughes

DATED: MAY 30, 2014     Respectfully submitted,

/s/ DAN KOUKOL FOR JILL MARIE THOMAS

---
JILL MARIE THOMAS
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the sentencing hearing in the above-entitled matter, scheduled for June 3, 2014, be vacated and the matter continued to July 15, 2014 at 9:45 AM for sentencing.

DATED: June 2, 2014

---
JOHN A. MENDEZ
United States District Judge