DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**ZEBULON HUGHES**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12 CR 392 JAM |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 8, 2014 |
| | TIME: 9:30 AM |
| ZEBULON HUGHES, | JUDGE: Hon. John A. Mendez |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Jill Marie Thomas, Assistant U.S. Attorney, and defendant Zebulon Cole Hughes, by and through his attorney, Dan Koukol, that the sentencing hearing of August 8, 2014 be vacated and that a sentencing hearing be set for September 16, 2014 at 9:30 AM.

/ /

/ /

/ /

/ /

/ /

/ /

-1-

This continuance is being requested because counsel will be in a jury trial from August 5, 2014 through August 26, 2014 in case number 2:12-CR-00003-LKK.

DATED: AUGUST 1, 2014        Respectfully submitted,


/s/ DAN KOUKOL
───────────────────────────
DAN KOUKOL
Attorney for defendant Zebulon Hughes


DATED: AUGUST 1, 2014        Respectfully submitted,


/s/ DAN KOUKOL FOR JILL MARIE THOMAS
───────────────────────────
JILL MARIE THOMAS
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the sentencing hearing in the above-entitled matter, scheduled for August 8, 2014, be vacated and the matter continued to September 16, 2014 at 9:30 AM for sentencing.

DATED: 8/1/2014

/s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Court Judge