| | |
|---|---|
| 1 | DAN KOUKOL |
| | Attorney at Law |
| 2 | State Bar No. 122526 |
| | 11930 Heritage Oak Place, Suite 6 |
| 3 | Auburn, California 95603 |
| | Telephone: (530) 823-5400 |
| 4 | Facsimile: (530) 852-0150 |
| | Email: dkoukol@placergroup.com |
| 5 | |
| | Attorney for Defendant, |
| 6 | **ZEBULEN HUGHES** |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12 CR 392 JAM |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| ZEBULEN HUGHES, | JUDGE: Hon. Edmund F. Brennan |
| Defendant. | |

Zebulen Cole Hughes, by and through his attorney, Dan Koukol, and Jill Thomas, Assistant U.S. Attorney, hereby request that the conditions of pretrial release imposed in November 2012 be modified to remove the home confinement and electronic monitoring conditions. An amended set of pretrial conditions provided by the Pretrial Services Office is attached, and the parties request that the Court impose them.

The Pretrial Services Office has indicated that Mr. Hughes has been fully compliant since his release with no violations. He has not violated his curfew, he has completed the MRT program, he has been randomly drug testing, is checking in telephonically each week, and has been contacted at his home each month. There is no mandated home confinement for his offense, and the Pretrial Services Office has requested that the parties file this stipulation requesting that

-1-

his home confinement and electronic monitoring conditions be removed.

DATED: AUGUST 13, 2014    Respectfully submitted,


/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Zebulen Hughes


DATED: AUGUST 13, 2014    Respectfully submitted,


/s/ DAN KOUKOL FOR JILL THOMAS
_____
Jill Thomas
Assistant U.S. Attorney

**IT IS SO ORDERED,** that the electronic monitoring and home confinement conditions previously imposed are hereby removed. The attached conditions of supervised release are imposed.

DATED: August 14, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

# AMENDED SPECIAL CONDITIONS OF RELEASE

RE: Hughes, Zebulen
Doc. No. 2:12-CR-00392-JAM-8

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to the Eastern District of California without prior consent of the pretrial services officer;

6. You shall refrain from ANY use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

7. You shall seek and/or maintain verifiable employment and provide proof of same as requested by your pretrial services officer;

8. You shall obtain no passport or any travel documents during the pendency of this case;

9. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall not associate or have any contact with gang members or any co-defendants in any of the related cases unless in the presence of counsel; and

12. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control.

**August 13, 2014**