BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00392-JAM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ZEBULEN COLE HUGHES, aka "Zeb" | |
| Defendant. | |

WHEREAS, on or about January 28, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Zebulen Cole Hughes forfeiting to the United States the following property:

    a. Approximately $2,921.00 in U.S. Currency.

AND WHEREAS, beginning on February 3, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

1

1.     a.     David Jaimes: A notice letter was sent via certified mail to David Jaimes, XREF 4448205, Sacramento County Jail, 651 I Street, Sacramento, California, 95814 on February 3, 2014. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed for on February 25, 2014.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), ), including all right, title, and interest of Zebulen Cole Hughes and David Jaimes whose rights to the above-listed property are hereby extinguished. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 19th day of February, 2015

/s/ John A. Mendez  
JOHN A. MENDEZ  
United States District Court Judge